**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THEODORE KRAVITS,**

        **Plaintiff,**

-vs-                                      **Case No. 6:06-cv-1637-Orl-31KRS**

**CARPET-MILLS OF AMERICA-**
**FLORIDA, INC. and ISAM ELSAYED,**

        **Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS CARPET-MILLS OF AMERICA-FLORIDA, INC., AND ISAM ELSAYED (Doc. No. 12)**
>
> **FILED:** January 11, 2007
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The complaint filed in this action asserts claims on behalf of Plaintiff Theodore Kravitz "and others similarly situated." Doc. No. 1. ¶¶ 1; 14-19; *see* 29 U.S.C. § 216(b) (permitting collective actions in Fair Labor Standards Act cases). Despite these collective action allegations, the present motion for default judgment seeks relief only for Kravitz. Accordingly, I entered a supplemental briefing order directing Kravitz to address whether the purported collective action should be dismissed and the present motion resolved only insofar as it related to his claims. Doc. No. 13.

In his response, counsel for Kravitz indicates that Kravitz "would seek to continue the collective action proceedings in this matter only to the extent that the potential opt-in Plaintiffs that have already retained the undersigned would be added as party Plaintiffs," but that he would not seek further certification.  Further, "[s]hould the Court allow the opt-in Plaintiffs to be added . . . [Kravitz will] amend the Motion for Final Default Judgment . . . ." Doc. No. 14.

Based on the foregoing, it appears that this matter is not yet ready for resolution by default judgment.  It is **ORDERED** that within eleven days from the date of this order, Kravitz shall file a motion to add individuals who have indicated a desire to join the case as party plaintiffs.  Once this motion is resolved, the plaintiff or plaintiffs may file an amended motion for default judgment.

Recommended in Orlando, Florida on March 5, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy