**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THEODORE KRAVITS,**

                       **Plaintiff,**

**-vs-**                                                  **Case No. 6:06-cv-1637-Orl-31KRS**

**CARPET-MILLS OF AMERICA-**
**FLORIDA, INC. and ISAM ELSAYED,**

                       **Defendants.**

_____

## ORDER

This cause comes before the Court on Motion for Entry of Final Default Judgment (Doc. No. 31) filed January 11, 2007.

On May 2, 2007, the United States Magistrate Judge issued a report (Doc. No. 17) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

      1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

      2.     The Motion for Entry of Final Default Judgment is GRANTED in part and DENIED in part. The collective action allegations contained within the complaint are DISMISSED. The clerk is directed to enter Default Judgment against the defendants Carpet-Mills of America-Florida, Inc., and Isam Elsayed, jointly and severally, in the total amount of $1,951.00 ($1,024.00 in overtime compensation and damages, $551.00 in attorney's fees and $376.00 in costs) and thereafter close the file.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on 23 day of May, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                              GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE